In the Matter of RITE AID CORPORATION, Appellant, v STEPHEN HAYWOOD, Assessor, et al., Respondents. (Proceeding Nos. 1 and 2.)

Submitted February 22, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 26 NY3d 915 (2016)].

Chief Judge DiFiore and Judge Garcia taking no part.